IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. LONG, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:18-CV-504-ECM |
| | ) | [WO] |
| H.C.J. ADMINISTRATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **OPINION and ORDER**

On August 14, 2018, the Magistrate Judge entered a Recommendation (doc. # 21) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is hereby

ORDERED that the United States Magistrate Judge's Recommendation (doc. # 21) be and is hereby ADOPTED, and this case be and is hereby DISMISSED without prejudice for the plaintiff's failures to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered accordingly.

DONE this 17th day of September, 2018.

                                          /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        UNITED STATES DISTRICT JUDGE